IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY D. BISHOP                                                                                          PLAINTIFF

vs.                                            CIVIL NO. 4:11-CV-04126

DANNY RUSSELL;
JAMIE GREGORY; and
TOM COOPER                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 6, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Judge Bryant recommends that Separate Defendant Tom Cooper's Motion to Dismiss (ECF No. 17) be granted because he is entitled to judicial immunity and because Plaintiff failed to state a claim upon which relief may be granted. The parties have not filed objections to Judge Bryant's Report, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Separate Defendant Motion to Dismiss is **GRANTED**. Plaintiff's claims against Tom Cooper are **DISMISSED**.

**IT IS SO ORDERED**, this 28th day of November, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge