IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY D. BISHOP                                        PLAINTIFF

vs.                            CIVIL NO. 4:11-CV-04126

DANNY RUSSELL;
JAMIE GREGORY; and
TOM COOPER                                       DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 6, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23). Judge Bryant recommends that Separate Defendant Danny Russell's Motion for Judgment on the Pleadings (ECF No. 15) be denied as moot, but recommends that his Amended Motion for Judgment on the Pleadings (ECF No. 20) be granted. Plaintiff failed to respond to either motion. The parties have not filed objections to Judge Bryant's Report, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Separate Defendant's Amended Motion for Judgment on the Pleadings (ECF No. 20) is **GRANTED**. Separate Defendant's previous motion (ECF No. 15) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 28th day of November, 2012.

                                                            /s/ Susan O. Hickey
                                                            Hon. Susan O. Hickey
                                                            United States District Judge