IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY D. BISHOP                                                                                               PLAINTIFF

vs.                                              Civil No. 4:11-cv-4126

JAMIE GREGORY                                                                                        DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed January 24, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of February, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge